# **<u>EXHIBIT A</u>**

11:19

← 97956 📞 🔍 ⋮

Wednesday, August 4, 2021

(ShoreFundingSolutions) Small Business Lending, Quick Approvals & Funding. Choose Your Terms & Payment Structure. Apply: https://tapit.us/GxOVEQ STOP to end

11:03 AM

Tuesday, August 17, 2021

(ShoreFunding) Smart Business Lending, Quick Approvals & Funding. Call us 800-980-0472 or Apply Online: https://tapit.us/cAXOE4 STOP to end

11:02 AM

Monday, September 13, 2021

(Shore Funding) Reminding you to Complete Your Funding App today! Click link to continue - https://tapit.us/gfnuds STOP to end

1:03 PM

Thursday, September 16, 2021

(Shore Funding) Smart Business Lending, Quick Approvals & Funding. Call us 631-657-8792 or Apply Online: https://tapit.us/EiaJ80

2:21 PM



