IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAZEN HASAN AGHA,<br>on behalf of Plaintiff and a class,<br><br>Plaintiff,<br><br>v.<br><br>SHORE FUNDING SOLUTIONS, INC.,<br>and JOHN DOES 1-10,<br><br>Defendants. | Case No.: 1:21−cv−06101<br>Honorable Edmond E. Chang |

## NOTICE OF SETTLEMENT

Plaintiff Mazen Hasan Agha respectfully provides notice to the Court that Plaintiff and Defendant Shore Funding Solutions, Inc. have reached an agreement to resolve this matter on an individual basis. Plaintiff expects to file a notice of dismissal in 60 days. Plaintiff requests that the Court stay all pending deadlines.

Respectfully submitted,

*s/ Heather Kolbus*
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
Stephen J. Pigozzi
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on Thursday, January 27, 2022 I filed this document through the Court's CM/ECF system and caused notice to be sent by U.S. Mail to the following:

Clifford Olshaker
Law Office of Clifford Olshaker, P.C.
40-47 75th Street, 3rd Floor
Elmhurst, NY 11373

                                            *s/ Heather Kolbus*
                                            Heather Kolbus

Daniel A. Edelman
Heather Kolbus
Stephen J. Pigozzi
**EDELMAN, COMBS, LATTURNER**
**& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)